IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY LEE STEWART, SR.,

    Plaintiff,

v.

RONALD SUTHERLAND,

    Defendant.

ORDER

Case No. 22-cv-721-jdp

TIMOTHY LEE STEWART, SR.,

    Plaintiff,

v.

RONALD SUTHERLAND, et al.

    Defendants.

ORDER

Case No. 22-cv-722-jdp

Plaintiff Timothy Lee Stewart, Sr. has filed two proposed civil complaints. Plaintiff seeks to commence the lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

IT IS ORDERED that:

1. Plaintiffs Timothy Lee Stewart, Sr. 's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in the cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the case(s) must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 22nd day of December, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge